# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOHN GASSAWAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No.: _____ |
| | ) | Judge _____ |
| v. | ) | Magistrate Judge _____ |
| | ) | |
| | ) | Jury Demand |
| | ) | |
| **GREGORY JENKINS, and USF** | ) | |
| **HOLLAND, LLC** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendants Gregory Jenkins and USF Holland, LLC, ("Defendants"), by counsel, file this Notice of Removal of this action from the Circuit County Court in Davidson County, Tennessee, where it is now pending, to the United States District Court for the Middle District of Tennessee based upon diversity of citizenship and an amount in controversy exceeding $75,000.00. The grounds for removal are as follows.

**Procedural Background**

1.  This action was commenced on April 28, 2022, by Plaintiff's filing of the Complaint in the Davidson County Circuit Court in Nashville, Tennessee, Case No. 22C821 (the "Complaint"). True and accurate copies of the pleadings served upon the Defendants in this action are attached as Exhibit A.

2.  The Complaint was served on USF Holland, LLC on May 3, 2022 by certified mail. Mr. Jenkins was also served on May 3, 2022. The Notice of Removal is being filed

within thirty (30) days after service of the Complaint in the matter upon the last-served defendant; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of negligence and "wantonness". Complaint at pp. 14-16. The Complaint seeks damages in excess of $25,000. Complaint, pp. 4. It is clear that Plaintiff is seeking damages greater than $15,000.00.

4. The Plaintiff is a resident of Nashville, Davidson County, Tennessee.

5. The Defendant, Gregory Jenkins is a resident of St. Louis, St. Louis County, Missouri.

6. The Defendant, USF Holland, LLC, is a Delaware corporation whose principal place of business is located in Kansas City, Missouri.

7. The United States District Court for the Middle District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the parties, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

8. A copy of this Notice of Removal is being served by United States mail and electronic mail on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Davidson County Circuit Court in Nashville, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

8. Defendant demands a jury to try this case.

WHEREFORE, Defendants, USF Holland, LLC and Gregory Jenkins, pray that this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Davidson County Circuit Court in Nashville, Tennessee, to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.


By: */s/ John R. Tarpley*
    John R. Tarpley, BPR # 9661
    *jtarpley@lewisthomason.com*
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366

    *Attorneys for Defendants USF Holland and Gregory Jenkins*


**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing NOTICE OF REMOVAL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and email. Parties may access this filing through the Court's electronic filing system.

    Joseph C. Johnsen
    Morgan & Morgan- Nashville
    810 Broadway, Suite 105
    Nashville, TN 37203

This the 26th day of May, 2022.

    */s/ John R. Tarpley*

3
Case 3:22-cv-00390   Document 1   Filed 05/26/22   Page 3 of 3 PageID #: 3